UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

*– against –*

JIANQING LI,

Defendant.

**ORDER**

26-cv-04778 (ER)

RAMOS, D.J.:

This action was filed on June 5, 2026. Doc. 1. Defendant Li waived service on July 8, 2026. Doc. 5. Since then, there has been no further activity in this case. Plaintiff is instructed to submit a status report by no later than November 25, 2026.

It is SO ORDERED.

Dated: November 19, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.